1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY )
COMPANY OF AMERICA a/s/o UNYSON )
LOGISTICS dba HUB GROUP, )
  )
  )
          Plaintiff, )
  )
  )
     v. )
  )
  )
  )
ALWAYS THERE EXPRESS )
CORPORATION, )
  )
          Defendants. )
  )
  )
_____ )

Case No. 4:15-cv-01774 SBA

[PROPOSED] ORDER DISMISSING
ACTION

_____

          Pursuant to the Parties' Conditional Stipulation of Dismissal filed herein, the Court does

ORDER as follows:

          The matter is dismissed with prejudice, each party to bear its own fees and costs.

          The Court shall retain jurisdiction to enforce the settlement agreement reached between

the party and placed on the record during the settlement conference before Magistrate Judge

Donna Ryu on October 19, 2015.


Date:   10/30/2015                                   _____

                                          SANDRA BROWN ARMSTRONG
                                          Dist

                                          Judge Saundra B. Armstrong